# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

# M E M O R A N D U M

Honorable Dale A. Drozd        **RE: <u>Gilbert, VILLANUEVA</u>**
United States District Judge       <u>**Docket Number: 1:17CR-00105-DAD**</u>
Fresno, California                   <u>**OPPOSITION TO EARLY**</u>
                                      <u>**TERMINATION; ORDER**</u>

Your Honor:

On August 10, 2009, Mr. Villanueva was sentenced by the Honorable M. James Lorenz in the Southern District of California for violating Title 21, U.S.C., Sections 952, & 960 - Importation of Cocaine, (Class A Felony). The Court imposed 120 Months Bureau of Prisons and 5 Years Supervised Release. He was ordered to pay a $100 Special Assessment, Shall Not Possess Weapons, and submit to DNA Collection. Special Conditions include: Warrantless Search, Travel Restrictions, Report All Vehicles, Disclosure of Financial Records, Enroll and Complete Domestic Violence, Resolve Outstanding Warrants, Reside at the Residential Reentry Center for up to 120 days, Substance Abuse Counseling and Testing.

By way of review, on May 6, 2016, Mr. Villanueva commenced supervision in the Eastern District of California. On March 12, 2017, he was arrested by California Highway Patrol for violation of California Vehicle Section 23152(a), and California Vehicle Code Section 23152(b). On April 28, 2017, the offender appeared in Kern County Superior Court in reference to Case Number BM902847A. The Court imposed 2 days custody, DUI classes, and Fees and Fine totaling $2,018. On November 22, 2017, the offender successfully completed Traffic and Alcohol Awareness School of Kern.

On June 12, 2018, the offender submitted a Motion for Early Termination of his Supervised Release. The undersigned officer opposes the Motion for Early Termination as the offender has failed to comply with the Special Condition which states *"Enroll and complete a domestic violence prevention program, to include anger management courses, within two years upon release from custody."* On July 17, 2018, the undersigned officer contacted the offender to facilitate his enrollment in domestic violence counseling at Legacy Behavioral.

**RE:     Gilbert VILLANUEVA**
**        Docket Number:  1:17CR-00105-DAD**
**        <u>RESPONSE IN OPPOSITION TO EARLY TERMINATION</u>**


Based on violence factors (Instant offense includes domestic violence; Age of first contact with the criminal or juvenile system; Prior arrest for domestic violence; Prior evidence of stalking, menacing, harassment or threatening), obtained from the Post-Conviction Risk Assessment Tool. Therefore, it is respectfully recommended his request for early termination be denied.


Respectfully submitted,

/s/Jose Figueroa

**Jose Figueroa**
**United States Probation Officer**


Dated:     July 17, 2018
           Bakersfield, California


**REVIEWED BY:**          Lonnie E. Stockton
                         **Lonnie E. Stockton**
                         **Supervising United States Probation Officer**


<u>**ORDER**</u>

Based upon the foregoing, defendant Gilbert Brian Villanueva's motion for early termination of supervised release (Doc. 4) is DENIED.

IT IS SO ORDERED.

Dated:   **July 17, 2018**          _____
                                   UNITED STATES DISTRICT JUDGE

Attachment(s)

cc:     TBA
        Assistant United States Attorney

        PRO SE
        Defense Counsel

REV.  03/2017
MEMO_COURT.DOTX